**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1987**

_____

In re: JONATHAN PENDLETON,

      Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Alexandria.  (1:23-cv-00446-LMB-IDD)

_____

Submitted:  October 19, 2023                         Decided:  October 23, 2023

_____

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Jonathan Pendleton, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Pendleton petitions for a writ of mandamus, alleging that the district court has unduly delayed ruling on the motions pending in his 42 U.S.C. § 1983 action.  He seeks an order from this court directing the district court to act.  Our review of the district court's docket reveals that the district court dismissed Pendleton's § 1983 action and denied all pending motions.  Accordingly, because the district court has recently decided Pendleton's case, we deny the mandamus petition as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*